IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-00125-20-CR-W-BP |
| ) | |
| JENNIFER S. LAWSON, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On October 9, 2024, Defendant Jennifer S. Lawson appeared before the Court pursuant to Fed. R. Crim. P. 11, Local Rule 72.1(b)(1)(j), and 28 U.S.C. § 636 and entered a plea of guilty to the lesser included charge contained within Count Two of the superseding indictment. Doc. 1126. The lesser included charge contained within Count Two charges Defendant with conspiracy to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, five grams or more of actual methamphetamine, and 100 grams or more of a mixture or substance containing a detectable amount of heroin in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846. Doc. 1128. Defendant executed a consent to entry of a felony guilty plea before a magistrate judge. Doc. 1127.

After cautioning and examining Defendant under oath concerning the requirements of Rule 11, it was determined that the guilty plea was knowledgeable and voluntary, and that the offense to which Defendant has pleaded guilty was supported by a factual basis for each of the essential elements. A record was made of the proceedings and a transcript has been requested.

IT IS THEREFORE RECOMMENDED that the plea of guilty be accepted and that Defendant be adjudged guilty and have a sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking the Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

DATE:   October 11, 2024                         */s/ W. Brian Gaddy*
                                                 W. BRIAN GADDY
                                                 UNITED STATES MAGISTRATE JUDGE