IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 22-0125-20-CR-W-BP |
| JENNIFER S. LAWSON, | ) |
| Defendant. | ) |

## ORDER ACCEPTING PLEA OF GUILTY

On October 11, 2024, the Honorable W. Brian Gaddy, United States Magistrate Judge for this District, recommended the Court accept Defendant's plea of guilty to a lesser included charge contained within Count Two of the Superseding Indictment. (Doc. 1146.) Specifically, Defendant pleaded to one count of conspiring to distribute (1) 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, (2) five grams or more of actual methamphetamine, and (3) 100 grams or more of a mixture or substance containing a detectable amount of heroin, all in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846. There has been no objection to Judge Gaddy's recommendation and the time for objecting has passed. Accordingly, the Court adopts the recommendation; Defendant's plea of guilty is now accepted and she is adjudged guilty.

The United States Probation Office shall prepare a presentence investigation report. Sentencing will be set by subsequent Order of the Court.

**IT IS SO ORDERED.**

DATE: October 30, 2024

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT